## Commonwealth v. Watkins, Appellant.

Submitted November 10, 1971. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los, Robert L. Campbell* and *J. Alan Johnson,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.